MCGREGOR W. SCOTT
United States Attorney
TODD A. PICKLES
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2766
Facsimile:  (916) 448-2900
Email:  todd.pickles@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS FARIAS ARROYO,<br><br>                    Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, *et al*.,<br><br>                    Defendants. | CASE NO.  2:08-CV-01493 GEB-KJM<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR FEDERAL DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT AND FOR CONTINUANCE OF STATUS (PRETRIAL SCHEDULING) CONFERENCE** |

Pursuant to Rule 6-144 of the United States District Court for the Eastern District of California, the United States Attorney for the Eastern District of California, on behalf of Defendants Rad Coulter, Rebecca Taylor, David Klingman, Alicia Ramirez, Katie Dorias, Rob Thompson, and Omar Bersamina (collectively "Federal Defendants"), and Plaintiff Luis Farias Arroyo, through his counsel, hereby enter into and submit the following stipulation.

**RECITALS**

1.     On June 27, 2008, Plaintiff filed a Complaint For Violation of Civil Rights ("Complaint") against the Federal Defendants in their individual capacities.

2.     An initial Status (Pretrial Scheduling) Conference is presently set in this matter for September 29, 2008, at 9:00 a.m., with a joint status report due fourteen (14) days prior.

3.     The Federal Defendants have submitted requests for representation with the United States

1

Department of Justice.

4. Those requests are still pending, during which time the United States cannot, beyond this Stipulation, take any action to represent the Federal Defendants, including filing a responsive pleading, participating in any conference under Rule 26(a) of the Federal Rules of Civil Procedure, or coordinating a joint status report.

5. If the Federal Defendants' requests are granted, the United States, through the Office of United States Attorney, will provide representation. In that event, counsel for the Federal Defendants will need time to prepare the responsive pleading, participate in a Rule 26(a) conference, and coordinate a joint status report.

6. Plaintiffs and the Federal Defendants believe it is in the interests of efficiency to continue the pretrial conference an additional sixty (60) days so that all named parties can participate.

7. This Stipulation is the only action taken by the United States Attorney on behalf of the Federal Defendants, and is accomplished only to preserve the Federal Defendants' opportunity to respond to the allegations in the Complaint during the pendency of their requests for representation. The United States makes no other act of representation on behalf of the Federal Defendants at this time.

## **STIPULATION**

Accordingly, based upon the foregoing, the parties hereby STIPULATE that,

1. The Federal Defendants shall have sixty (60) days to respond to Plaintiff's Complaint; and
2. The initial Status (Pretrial Scheduling) Conference shall be continued sixty (60) days.

IT IS SO STIPULATED.

DATED: September 1, 2008                          McGREGOR W. SCOTT
                                                  United States Attorney

                                                  By:      /s/ Todd A. Pickles      .
                                                       TODD A. PICKLES
                                                       Assistant United States Attorney

DATED: September 7, 2008                          LAW OFFICE OF STEWART KATZ

                                                  By:     /s/ Stewart Katz
                                                       STEWART KATZ

                                                  Attorneys for Plaintiff

2

**ORDER**

Having read and considered the parties' Stipulation For Extension Of Time For Federal Defendants To Respond To Plaintiff's Complaint And For Continuance Of Status (Pretrial Scheduling) Conference, and for good cause showing,

IT IS HEREBY ORDERED THAT the Federal Defendants shall have sixty (60) days to respond to Plaintiff's Complaint from the date of this Order.

IT IS FURTHER ORDERED THAT the initial Status (Pretrial Scheduling) Conference is CONTINUED for sixty (60) days to November 24, 2008, at 9:00 a.m.  A joint status report shall be filed fourteen days before the status conference.

IT IS SO ORDERED.

Date: 9/9/08

Garland E. Burrell, Jr.,
United States District Judge