UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ARROYO,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA; JEFF CAMERON, Unit Commander, CA Dept. Of Justice Bureau of Narcotics Enforcement; BRANDON OLIVERA, City of Rocklin Police Office; SCOTT BRYAN, Placer County Deputy Sheriff; DAVE BROSE, Placer County District Attorney's Office Investigator; KEN ADDISON, Placer County Deputy Sheriff; BEN MACHADO, Placer County Deputy Sheriff; RAD T. COULTER, Group Supervisor Drug Enforcement Administration; REBECCA TAYLOR, Special Agent Drug Enforcement Administration; DAVID KLINGMAN, Special Agent Drug Enforcement Administration; ALICIA RAMIREZ, Special Agent Drug Enforcement Administration; KATIE DORIAS, Special Agent, Drug Enforcement Administration; ROB THOMPSON, Agent Federal Bureau of Investigations; and OMAR BERSAMINA, Special Agent, Drug Enforcement Administration,<br><br>　　　　　　Defendants. | 2:08-cv-01493-GEB-KJM<br><br><u>ORDER TO SHOW CAUSE;</u><br><u>Fed. R. CIV. P. 4(m)</u><br><u>NOTICE AND CONTINUING</u><br><u>STATUS (PRETRIAL</u><br><u>SCHEDULING) CONFERENCE</u> |

　　　The June 27, 2008, Order Setting Status (Pretrial Scheduling) Conference ("June 27 Order") scheduled a status conference in this case and required the parties to file a joint status report no later than fourteen days prior to the status conference.  Plaintiff

1

1 failed to file a status report.

2       Plaintiff is Ordered to Show Cause (OSC) in a writing to be
3 filed no later than 4:00 p.m. on December 1, 2008, why sanctions
4 should not be imposed against him and/or his counsel under Rule 16(f)
5 of the Federal Rules of Civil Procedure for his failure to file a
6 timely status report.

7       The written response shall also state whether Plaintiff or
8 his counsel is at fault, and whether a hearing is requested on the
9 OSC.[1]  If a hearing is requested, it will be held on January 20, 2009,
10 at 9:00 a.m., just prior to the status conference, which is
11 rescheduled to that date.  In accordance with the requirements set
12 forth in the June 27 Order, a joint status report shall be filed no
13 later than January 6, 2009.

14       Plaintiff is further notified that any Defendant not served
15 by December 1, 2008, may be dismissed under Federal Rule of Civil
16 Procedure 4(m) unless Plaintiff shows in a filing due no later than
17 December 2, 2008, good cause exists to extend the Rule 4(m) 120-day
18 service period.

19       IT IS SO ORDERED.

20 Dated:  November 19, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] "If the fault lies with the attorney, that is where the impact of sanction should be lodged.  If the fault lies with the clients, that is where the impact of the sanction should be lodged." Matter of Sanction of Baker, 744 F.2d 1438, 1442 (10th Cir. 1984), cert. denied, 471 U.S. 1014 (1985).  Sometimes the faults of attorneys, and their consequences, are visited upon clients.  In re Hill, 775 F.2d 1385, 1387 (9th Cir. 1985).