IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ARROYO,<br><br>             Plaintiff,<br><br>   v.<br><br>JEFF CAMERON, Unit Commander, CA Dept. Of Justice Bureau of Narcotics Enforcement; BRANDON OLIVERA, City of Rocklin Police Office; SCOTT BRYAN, Placer County Deputy Sheriff; DAVE BROSE, Placer County District Attorney's Office Investigator; KEN ADDISON, Placer County Deputy Sheriff; BEN MACHADO, Placer County Deputy Sheriff; RAD T. COULTER, Group Supervisor Drug Enforcement Administration; REBECCA TAYLOR, Special Agent Drug Enforcement Administration; DAVID KLINGMAN, Special Agent Drug Enforcement Administration; ALICIA RAMIREZ, Special Agent Drug Enforcement Administration; KATIE DORIAS, Special Agent, Drug Enforcement Administration; and OMAR BERSAMINA, Special Agent, Drug Enforcement Administration,<br><br>             Defendants. | 2:08-cv-01493-GEB-KJM<br><br><u>ORDER RE SCHEDULING</u><br><u>MOTION TO STAY DISCOVERY</u> |

       On January 9, 2009, Defendants Rad Coulter, Katie Dorais, Rebecca Taylor, David Klingman, Alicia Ramirez and Omar Bersamina noticed a motion to stay discovery which is presently scheduled for

1

1 hearing before the Magistrate Judge on February 4, 2009.  The same
2 Defendants have noticed a summary judgment motion which is scheduled
3 for hearing before the undersigned judge on February 9, 2009 at 9:00
4 a.m.  Since the stay motion appears related to the summary judgment
5 motion, it is rescheduled for hearing before the undersigned judge on
6 February 9, 2009.

7 Dated:   January 23, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge