1  **LAW OFFICE OF STEWART KATZ**
   STEWART KATZ, State Bar #127425
2  555 University Avenue, Suite 270
3  Sacramento, California 95825
   Telephone: (916) 444-5678
4  Facsimile: (916) 444-3364

5  Attorney for Defendant
6  LUIS FARIAS ARROYO

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS FARIAS ARROYO (aka Luis Farias) | **CASE NO. 2:08-CV-01493-GEB-KJM** |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE HEARING OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND TO STAY DISCOVERY** |
| vs. | |
| STATE OF CALIFORNIA, ET AL. | Date:  February 9, 2009 |
| Defendants. | Time:  9:00 a.m. |
|  | Courtroom:  10 |
|  | Judge:  Hon. Garland E. Burrell, Jr. |
| _____ / | |

The parties to the above-referenced action by and through their undersigned attorneys hereby stipulate and respectfully request the Court to continue the hearing on the United States Defendants' Motion for Summary Judgment/Qualified Immunity and their Motion to Stay Discovery in this matter, which are currently scheduled to be heard on February 9, 2009 at 9:00 a.m.

Plaintiff requests that these matters be continued to March 9, 2009 for the following reasons.  The Federal Defendants do not oppose Plaintiff's request.

1. Plaintiff's attorney, Stewart Katz, is in and will be in trial at 9:00 a.m. on February 9, 2009 in *People v. Michael Nguyen*, Sacramento Superior Court Case No. 08F06969 (Department 31).  His client faces three counts of attempted murder.

2. Prior to the afternoon of February 5, 2009 the judge in *People v. Michael Nguyen* had indicated that trial would not commence until 10:30 a.m. on Monday February 9, 2009 due to a doctor's appointment involving the judge's daughter.  However, that afternoon, the judge informed us that the appointment was in fact going to be at 3:00 on February 9, 2009 and that trial would recommence at 9:00 a.m. with a hearing out of the presence of the jury commencing at 8:45 a.m.  Upon learning that, Plaintiff's counsel immediately notified both the Court and opposing counsel telephonically.

3. The Federal Defendants do not oppose Plaintiff's request.

4. March 9, 2009 is the first law and motion date that both parties are available.  The parties are also available to have the matter specially set on the Court's criminal calendar on Friday February 13, 2009. Continuing the hearing to March 9, 2009 does not cause any problems with the Court's scheduling order.

DATED:  January 6, 2009           LAW OFFICE OF STEWART KATZ


                                  By:    /s/ Stewart Katz
                                         STEWART KATZ
                                         Attorneys for Plaintiff Luis Farias Arroyo


DATED:                            LAWRENCE G. BROWN
                                  Acting United States Attorney


                                  By:    _____
                                         TODD A. PICKLES
                                         Assistant United States Attorney


**IT IS SO ORDERED.**

1
2
3   DATED: 2/6/09
4
          Garland E. Burrell, Jr.
          United States District Judge
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28