```
 1
 2
 3
 4
 5
 6                IN THE UNITED STATES DISTRICT COURT
 7              FOR THE EASTERN DISTRICT OF CALIFORNIA
 8
 9  LUIS ARROYO,                        )
                                        )    2:08-cv-01493-GEB-KJM
10              Plaintiff,              )
                                        )    ORDER
11       v.                             )
                                        )
12  JEFF CAMERON, Unit Commander,       )
    CA Dept. Of Justice Bureau of       )
13  Narcotics Enforcement; BRANDON      )
    OLIVERA, City of Rocklin Police     )
14  Office; SCOTT BRYAN, Placer County  )
    Deputy Sheriff; DAVE BROSE,         )
15  Placer County District Attorney's   )
    Office Investigator; KEN ADDISON,   )
16  Placer County Deputy Sheriff; BEN   )
    MACHADO, Placer County Deputy       )
17  Sheriff; RAD T. COULTER, Group      )
    Supervisor Drug Enforcement         )
18  Administration; REBECCA TAYLOR,     )
    Special Agent Drug Enforcement      )
19  Administration; DAVID KLINGMAN,     )
    Special Agent Drug Enforcement      )
20  Administration; ALICIA RAMIREZ,     )
    Special Agent Drug Enforcement      )
21  Administration; KATIE DORIAS,       )
    Special Agent, Drug Enforcement     )
22  Administration; and OMAR BERSAMINA,)
    Special Agent, Drug Enforcement     )
23  Administration,                     )
                                        )
24              Defendants.             )
                                        )
25
26       A hearing was held March 9, 2009, on Defendants Rad Coulter
27  ("Coulter"), Katie Dorais ("Dorais"), Rebecca Taylor ("Taylor"), David
28  Klingman ("Klingman"), Alicia Ramirez ("Ramirez"), and Omar
```

Bersamina's ("Bersamina") (collectively "Federal Defendants") respective motions for summary judgment; and on Plaintiff's request to continue these motions under Federal Rule of Procedure 56(f).

A tentative ruling issued in favor of all Federal Defendants on February 26, 2009. On March 2, 2009, the Federal Defendants filed a request for leave to file a second supplemental declaration, attached to which is discovery argued to be relevant to the pending motions. This request is granted. However, since the second supplemental declaration is an untimely filing and fails to comply with Local Rule 56-260, each Federal Defendant's motion filed December 19, 2008, is stricken. This ruling renders Plaintiff's motion under Rule 56(f) for a continuance of each Federal Defendant's motion moot; therefore, Plaintiff's Rule 56(f) request is denied.

Further, each Federal Defendant's motion for a protective order, filed January 9, 2009, is denied since it is based on a qualified immunity motion which is no longer pending.

Dated: March 10, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge