**LAW OFFICE OF STEWART KATZ**
STEWART KATZ, State Bar #127425
555 University Avenue, Suite 270
Sacramento, California 95825
Telephone: (916) 444-5678
Facsimile:  (916) 444-3364

Attorney for Plaintiff
LUIS FARIAS ARROYO

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS FARIAS ARROYO (aka Luis Farias) | **CASE NO. 2:08-CV-01493-GEB-KJM** |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE THE HEARING OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND TO STAY DISCOVERY** |
| vs. | |
| California Department of Justice Bureau of Narcotics Enforcement Special Agent Supervisor and Placer Special Investigations Unit Commander JEFF CAMERON; Placer County Deputy Sheriff KEN ADDISON; Drug Enforcement Administration Group Supervisor RAD COULTER; Drug Enforcement Administration Special Agent DAVID KLINGMAN; and Drug Enforcement Administration Special Agent OMAR BERSAMINA, | Date:  August 3, 2009
Time:  9:00 a.m.
Courtroom:  10
Judge:  Hon. Garland E. Burrell, Jr. |
| Defendants. | |
| _____/ | |

    The  parties  to  the  above-referenced  action  by  and  through  their  undersigned  attorneys

hereby stipulate and respectfully request the Court to continue the hearing on the United States

Defendants' Motions for Summary Judgment/Qualified Immunity, which are currently scheduled

to be heard on August 3, 2009 at 9:00 a.m.

    The parties are requesting that the hearings on these matters be continued to August 17,

2009 for the following reasons:

---

STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE HEARING OF                    1
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND TO STAY DISCOVERY

1.      Plaintiff's attorney, Stewart Katz, will be involved in a four defendant preliminary examination in Yolo County Superior Court, *People v. Niazi et al.*, Yolo County Superior Court Case No. 08-3589. This case has previously been dismissed and previously reversed on appeal. This hearing is anticipated to go at least three days and was specially set by Judge Thomas Warriner because of the time involved, it requires a Pashto interpreter, and the District Attorney has arranged for this to be a "live" preliminary hearing in which the alleged victims and percipient witnesses will be testifying.

2.      The briefing schedule for these motions shall not be affected or changed by this stipulation.

3.      August 17, 2009 is the first subsequent law and motion date that the Court has open and which both parties are available.

4.      Continuing the hearings to August 17, 2009 does not cause any problems with the Court's scheduling order.

DATED:  July 17, 2009              LAW OFFICE OF STEWART KATZ

                                   By:     /s/ Stewart Katz_____
                                           STEWART KATZ
                                           Attorney for Plaintiff Luis Farias Arroyo

DATED: July 17, 2009               By:     /s/ Todd A. Pickles
                                           TODD A. PICKLES
                                           United States Attorney

        **IT IS SO ORDERED.**

DATED: 7/17/09

                                           _____
                                           Garland E. Burrell, Jr.
                                           United States District Judge