```
 1
 2
 3
 4
 5
 6
 7
 8                  IN THE UNITED STATES DISTRICT COURT
 9                FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  LUIS FARIAS ARROYO, a/k/a           )
    LUIS FARIAS,                        )   2:08-cv-01493-GEB-KJM
12               Plaintiff,             )
                                        )   ORDER
13          v.                          )
                                        )
14  STATE OF CALIFORNIA;                )
    JEFF CAMERON, CA Department of      )
15  Justice Bureau of Narcotics         )
    Enforcement Special Agent           )
16  Supervisor and Placer Special       )
    Investigations Unit Commander;      )
17  BRANDON OLIVERA, City of Rocklin    )
    Police Officer; SCOTT BRYAN, Placer )
18  County; DAVE BROSE, Office          )
    Investigator, Placer County         )
19  District Attorney's Office;         )
    KEN ADDISON, Placer County Deputy   )
20  Sheriff; BEN MACHADO, Placer County )
    Deputy Sheriff; RAD T. COULTER, DEA )
21  Group Supervisor; REBECCA TAYLOR,   )
    DEA Special Agent;  DAVID KLINGMAN, )
22  DEA Special Agent;  ALICIA RAMIREZ, )
    DEA Special Agent;  KATIE DORAIS,   )
23  DEA Special Agent;  OMAR BERSAMINA, )
    dea Special Agent;  ROB THOMPSON,   )
24  Agent, FBI; OMAR BERSAMINA, Special )
    Agent, DEA;  UNITED STATES OF       )
25  AMERICA,                            )
                                        )
26              Defendants.             )
                                        )
27  ‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗
28
```

     Pending are motions for summary judgments filed June 11, 2009, and July 2, 2009, which are scheduled for hearing August 17, 2009.  Plaintiff opposes each motion arguing under Rule 56(F), inter alia, that because of conflicting evidence concerning his excessive force claim, he should be provided more time to conduct discovery before he has to respond to such motions.  In light of the conflicting evidence concerning Plaintiff's excessive force claim, Plaintiff's continuance request is granted.  Therefore the August 17, 2009, hearing date for the motions is vacated, and the pending motions are deemed withdrawn with the understanding they can be re-noticed for hearing on or before December 7, 2009, a date by which the discovery Plaintiff seeks should be completed.

Dated:  August 11, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge