IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ARROYO,<br><br>        Plaintiff,<br><br>    v.<br><br>JEFF CAMERON, Unit Commander, California Department of Justice, Bureau of Narcotics Enforcement; KEN ADDISON, Deputy Sheriff, Placer County; RAD T. COULTER, Group Supervisor, Drug Enforcement Administration; and OMAR BERSAMINA, Special Agent, Drug Enforcement Administration,<br><br>        Defendants. | 2:08-cv-01493-GEB-KJM<br><br>ORDER* |

        The motion for a protective order filed July 22, 2009, in which the federal Defendants seek to postpone depositions until after the district judge decides their summary judgment motions, is denied since an order filed earlier today granted Plaintiff further time to conduct discovery.

Dated:  August 12, 2009

                                              GARLAND E. BURRELL, JR.
                                              United States District Judge

---

    *    This matter was determined to be suitable for decision without oral argument.  E.D. Cal. R. 78-230(h).

1