PLACER COUNTY COUNSEL'S OFFICE
David K. Huskey (SBN 109329)
175 Fulweiler Avenue
Auburn, CA  95603
Telephone:  (530) 889-4044
Fax:  (530) 889-4069

Attorneys for Defendant KEN ADDISON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS FARIAS ARROYO ) | Case No.: 2:08-cv-01493-GEB-KJM |
| ) | |
| Plaintiff, ) | **APPLICATION AND [PROPOSED]** |
| ) | **ORDER TO MODIFY PRETRIAL** |
| vs. ) | **SCHEDULING ORDER:  EXPERT** |
| ) | **DISCOVERY COMPLETION DATE** |
| STATE OF CALIFORNIA; et al. ) | |
| ) | |
| Defendants ) | |
| ) | |

COME NOW THE PARTIES by and through their respective attorneys and subject to the approval of this Court, hereby agree to and respectfully request the below modification and/or amendment to this Court's  January 16, 2009 Status (Pretrial Scheduling ) Order (Docket No. 47), as modified by the Court's November 13, 2009 Order [Docket 140].  The parties contend there is good cause for  this request because the setting of the deposition of defendant's joint expert has been complicated first by the unavailability of the expert and then by the unavailability of David Huskey, counsel for the Placer County defendant.  The parties are requesting a two week extension of the completion date for expert discovery in order to allow for the setting and completion of this expert deposition.

/ /

/ /

1

The proposed modification is as follows:

- That the completion date for expert discovery set for September 15, 2010 be moved to September 29, 2010.

Dated: August 30, 2010           PLACER COUNTY COUNSEL'S OFFICE


By: _____
    DAVID K. HUSKEY
    Attorneys for Defendant KEN ADDISON

Dated: August 30, 2010

By: ___/s/ STEWART KATZ_____
    STEWART KATZ
    Attorney for Plaintiff


Dated: August 30, 2010      By: ___/s/ JAMES WALTER_____
                                JAMES WALTER
                                Deputy Attorney General
                                Attorney for Defendant Jeff Cameron


**IT IS SO ORDERED:**

Dated: 8/31/10
                                _____
                                GARLAND E. BURRELL, JR.
                                United States District Judge

2

Application and [Proposed] Order to Modify Pretrial Scheduling Order