IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS FARIAS ARROYO (aka Luis Farias),<br><br>        Plaintiff,<br><br>    v.<br><br>California Department of Justice, Bureau of Narcotics Enforcement Special Agent Supervisor and Placer Special Investigations Unit Commander JEFF CAMERON; Placer County Deputy Sheriff KEN ADDISON,<br><br>        Defendants. | 2:08-cv-01493-GEB-JFM<br><br>ORDER RE: SETTLEMENT AND DISPOSITION |

        Plaintiff filed a "Notice of Settlement" on January 6, 2011, in which he states, "all of his claims against all defendants . . . have been settled. This settlement will resolve all claims against all remaining parties." (ECF No. 165, 1:23-27.) The parties request forty days, "or until February 15, 2011," to file a dispositional document. Id. at 2:1-2.

        Therefore, a dispositional document shall be filed no later than February 15, 2011. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed.  See L.R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

1

1       The final pretrial conference scheduled for January 24, 2011,
2  is continued to commence at 1:30 p.m. on February 28, 2011, in the event
3  no dispositional document is filed, or if this action is not otherwise
4  dismissed.[1]  Further, a joint pretrial statement shall be filed seven (7)
5  days prior to the final pretrial conference.
6       IT IS SO ORDERED.
7  Dated:  January 6, 2011

                                          GARLAND E. BURRELL, JR.
                                          United States District Judge

---

[1] The final pretrial conference will remain on calendar, because the mere representation that a case has been settled does not justify discontinuance of calendering a scheduling proceeding. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987)(indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).